IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| JOE LEWIS WIGFALL § | |
| VS.                                § | CIVIL ACTION NO. 1:07cv391 |
| BUREAU OF PRISONS, ET AL.   § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Joe Lewis Wigfall, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brings this lawsuit against the Bureau of Prisons, T.C. Outlaw, and six unknown defendants.

<u>Discussion</u>

On August 14, 2007, plaintiff filed a motion to voluntarily dismiss the above-styled action. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff is entitled to voluntarily dismiss his action prior to the service of adverse parties. As the defendants have not been served in this action, plaintiff's motion to dismiss should be granted.

<u>O R D E R</u>

For the foregoing reasons, plaintiff's motion to dismiss the action is hereby **GRANTED**. A final judgment will be entered dismissing this action pursuant to Fed. R. Civ. P. 41(a).

**SIGNED** this the **22** day of **August, 2007.**

_____
Thad Heartfield
United States District Judge